

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00203-CV

| | | |
|---|---|---|
| In the Interest of D.Z. and E.Z., Children | § | From the 322nd District Court |
| | § | of Tarrant County (322-550611-14) |
| | § | May 21, 2015 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for trial.

It is further ordered that Appellee E.Z. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot